460 F.2d 1063
 GREENVILLE SHIPBUILDING CORP. et al., Plaintiffs-Appellants,
v.
The HARTFORD ACCIDENT & INDEMNITY COMPANY, Defendant-Appellee.
 No. 71-3629.
 United States Court of Appeals,
Fifth Circuit.
 June 20, 1972.
 
 J. Murray Akers, Robertshaw, Merideth & Swank, Greenville, Miss., for plaintiffs-appellants.
 James L. Robertson, Greenville, Miss., for defendant-appellee.
 Before WISDOM and INGRAHAM, Circuit Judges, and BOOTLE, District Judge*.
 PER CURIAM:
 
 
 1
 We are in agreement with the well reasoned opinion of the district court, Greenville Shipbuilding Corp. v. Hartford Acc. & Ind. Co., 334 F.Supp. 1228 (1971), and its judgment is affirmed.
 
 
 
 *
 Hon. W. A. Bootle, U. S. District Judge, sitting by designation